# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRE JERMAINE RUTLAND,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 74216 FILED

NOV 27 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

ANDRE JERMAINE RUTLAND,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 74372

## *ORDER ADMINISTRATIVELY CLOSING APPEAL IN DOCKET NO. 74372 AND TRANSFERRING DOCUMENTS*

These are appeals from a judgment of conviction. Appellant filed a pro se notice of appeal on October 5, 2017. On October 26, 2017, appellant's counsel filed a notice of appeal from the judgment of conviction that was inadvertently docketed as a separate appeal in Docket No. 74372. Accordingly, we direct the clerk of this court to administratively close the appeal in Docket No. 74372 and transfer to Docket No. 74216 all documents filed or received in Docket No. 74372.

It is so ORDERED.

_____Cherry_____, C.J.

cc:   Hon. Susan Johnson, District Judge
      Clark County Public Defender
      Andre Jermaine Rutland
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

17-40531